IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS CALDERON-TIRADO,<br><br>   Plaintiff,<br><br>      v.<br><br>WAL-MART PUERTO RICO, INC., **et al.**,<br><br>   Defendants. | CIVIL NO. 14-1788 (PAD) |

## JUDGMENT

In accordance with the Order issued today (Docket No. 19), the court hereby enters judgment dismissing plaintiff's claims with prejudice, without the imposition of attorney's fees and costs to either party.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of October, 2015.

                                                  s/Pedro A. Delgado-Hernández
                                                  PEDRO A. DELGADO-HERNÁNDEZ
                                                  United States District Judge